IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR107 |
| v. | |
| VICTOR MANUEL ROMAN-DEGANTE, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order entered today (Filing No. 37), Victor Manuel Roman-Degante's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 36) is denied.

Dated this 6th day of January 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge